IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **RALPH WARD,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No: 3:20-cv-981 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | |
| **KEVIN REYNOLDS,** | ) | Magistrate Holmes |
| | ) | |
| Et al., | ) | JURY DEMAND |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF FILING – AMENDED 30b6 NOTICE**

Comes now Plaintiff, by and through Counsel, and submits this Notice of Filing in connection with the parties' Joint Request for a Discovery Conference (ECF 57) to provide the Court with Plaintiff's **First Amended Deposition Notice: Metro 30(b)(6) Witness**, which Plaintiff served on Defendants on October 6, 2022. Plaintiff believes that the amended notice resolves at least some of Metro's objections, particularly the objections to Topics 3, 4, and 6 (*e.g.*, the former topic No. 6 has been deleted in this amended notice).

.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
2901 Dobbs Ave.
T: (615) 429-4717 / F: (615) 229-6387
E: kyle@relentlesslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on **October 7, 2022**, Plaintiff's **Notice of Filing** was filed electronically with the Court's electronic filing system. Notice of this filing will be electronically served by operation of the Court's electronic filing system on **Mallory Ricci, and Melissa Roberge, Counsels for Defendants**, at Mallory.Ricci@nashville.gov, and Melissa.Roberge@nashville.gov, and **Jay Clifton**, co-counsel for Plaintiff, at jaycliftonesq@gmail.com.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953