**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RALPH WARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:20-cv-00981** |
| | ) | |
| **KEVIN REYNOLDS, TERRANCE** | ) | **Judge Richardson** |
| **STUCKEY, and METROPOLITAN** | ) | **Magistrate Judge Holmes** |
| **GOVERNMENT OF NASHVILLE,** | ) | |
| **DAVIDSON COUNTY,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Mallory S. Ricci hereby gives notice of her withdrawal as counsel for Defendants, Terrance Stuckey, Kevin Reynolds, and the Metropolitan Government of Nashville and Davidson County. Ms. Ricci will no longer be working with the Metropolitan Department of Law after January 6, 2023. The previous appearance by counsel Melissa Roberge remains unchanged. Accordingly, because these Defendants will still be represented by counsel with the Metropolitan Department of Law, Local Rule 83.01(g) requires only a Notice of Withdrawal on the part of Ms. Ricci.

Respectfully submitted by:

THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Mallory Ricci*
Melissa S. Roberge, BPR #26230
Mallory Ricci, BPR #32492
SENIOR COUNSEL
Metropolitan Courthouse, Suite 108
P.O. Box 196300
Nashville, TN 37219

{N0512029.1}

melissa.roberge@nashville.gov
mallory.ricci@nashville.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing has been served via CM/ECF to:

Kyle Mothershead                    Jay Clifton
2901 Dobbs Ave.                     707 Main Street, Suite #123
Nashville, TN 37219                 Nashville, TN 37206

on this 5th day of January, 2023.

/s/ *Mallory Ricci*
Mallory Ricci