## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Ralph Ward

Plaintiff,

v.

Case No.:
3:20−cv−00981

Metropolitan Government of Nashville, Davidson
County, et al.

Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/13/2023 re [65].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk